MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>NATHANIEL HOLT,<br><br>            Defendant. | Case No. 5:25-po-00183-CDB<br><br>[Citation # E2152162]<br><br><br>MOTION AND [PROPOSED] ORDER FOR DISMISSAL |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00183-CDB [Citation #E2152162] against NATHANIEL HOLT, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. In reviewing the underlying evidence, the United States believes the interests of justice require dismissal.

DATED: May 29, 2025                    Respectfully submitted,

                                       MICHELE BECKWITH
                                       Acting United States Attorney

                            By:        /s/ *Arin C. Heinz*
                                       ARIN C. HEINZ
                                       Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a), that Case No. 5:25-po-00183-CDB [Citation #E2152162] against Nathaniel Holt be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **May 29, 2025**

_____
UNITED STATES MAGISTRATE JUDGE